UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOCELYN PIERRE,

                              Plaintiff,

            -against-

DYNASTY AND FLAME INC., et al.,

                            Defendants.
------------------------------------------------------------X

22 Civ. 3232 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS a show-cause hearing was held in this matter on October 5, 2022;

    WHEREAS, Plaintiff and Defendants failed to appear. It is hereby

    **ORDERED** that the hearing scheduled for October 5, 2022, for Defendants to show cause why default judgment should not be entered against them, is adjourned to **October 26, 2022, at 4:20 P.M.** The parties shall call (888) 363-4749 and enter the access code 558-3333. The hearing is public, and the time is approximate, but the parties shall be ready to proceed by that time. The parties shall ensure they are all dialed into the conference call by the appointed time. It is further

    **ORDERED** that, Plaintiff shall serve a copy of this Order on all Defendants and file proof of service by **October 12, 2022**.

    **ORDERED** that, if Plaintiff fails to appear at the October 26 hearing, the case will be dismissed for failure to prosecute.

Dated: October 6, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE