UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

JOCELYN PIERRE,

                               Plaintiff,                    *Civil Action No.*

  -against-                                       1:22-cv-03232-LGS

DYNASTY AND FLAME INC. AND
CHU SHEN REALTY INC.,

                               Defendant.

---------------------------------------------------------X

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, **JOCELYN PIERRE** and Defendants, **DYNASTY AND FLAME INC. AND CHU SHEN REALTY INC.,** hereby notify this Honorable Court that settlement has been reached in principle in the above-referenced case among the parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a thirty (30) day order be issued.

Dated: October 24, 2022

                                                                By: _____
                                                                    Bradly G. Marks
                                                                    The Marks Law Firm, PC
                                                                    155 E 55th Street, Suite 6A
                                                                    New York, NY 10022
                                                                    T:(646) 770-3775